UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENNIS THOMPSON,

    Plaintiff,

        v.

DR. SAM NWAOBASI, *et al.*,

    Defendants.

Case No. 12-cv-770-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. On July 23, 2012, the Court allowed Thompson to proceed without prepayment of fees and assessed an initial partial filing fee of $7.49 pursuant to 28 U.S.C. § 1915(b)(1) (Doc. 6). Thompson failed to pay that fee promptly, so on August 21, 2013, Magistrate Judge Frazier ordered Thompson to pay on or before September 23, 2013, the $7.49 initial partial filing fee assessed at the outset of this case (Doc. 55). In response to Thompson's speculation that the prison in which he is housed did not receive the Court's order to transmit the initial partial filing fee, on September 13, 2013, the Court extended the deadline to October 4, 2013, and reminded Thompson that, although the Court's order assessing the fee directed personnel from Menard Correctional Center, the institution housing him, to remit the initial partial filing fee, it is Thompson's ultimate responsibility to ensure that fee is paid (Doc. 66). The Court further warned Thompson that if he did not pay the entire initial partial filing fee of $7.49 by October 4, 2013, the Court would dismiss this case without prejudice for failure to comply with 28 U.S.C. § 1915(b)(1). Thompson responded with a notice that he had forwarded his request for payment to the trust officer of Menard and that payment usually takes about two weeks (Doc. 67). Two weeks has passed, and the Court has received no money from Thompson. Accordingly, as it warned it would do, the Court **DISMISSES** the remainder of this

case without prejudice and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: October 10, 2013**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
