UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENNIS THOMPSON,

    Plaintiff,

       v.

DR. SAM NWAOBASI, *et al.*,

    Defendants.

Case No. 12-cv-770-JPG-PMF

## ORDER

    This matter comes before the Court on the motion of plaintiff Dennis Thompson to reinstate this case (Doc. 80). On October 10, 2013, the Court dismissed this case for failure to pay the initial partial filing fee assessed pursuant to 28 U.S.C. § 1915(b)(1) by the October 4, 2013, deadline. On October 18, 2013, the Court received the delinquent payment. The Court believes this payment is in substantial compliance with its initial partial filing fee assessment order and that it should therefore reopen this case. Accordingly, the Court:

- **GRANTS** Thompson's motion to reinstate (Doc. 80);

- **VACATES** the order and judgment of dismissal (Docs. 78 & 79);

- **DIRECTS** the Clerk of Court to **REOPEN** this case and to **REINSTATE** all the pending motions that were terminated with the entry of judgment (Doc. 79);

- **REFERS** this case, including all pending motions, to Magistrate Judge Philip M. Frazier pursuant to Local Rule 72.1(a)(2) for further pre-trial proceedings; and

- **REFERS** this case to Magistrate Judge Philip M. Frazier pursuant to Local Rule 72.2(b)(2) and 28 U.S.C. this case to Magistrate Judge Philip M. Frazier pursuant to Local Rule 72.2(b)(2) and 28 U.S.C. this case to Magistrate Judge Philip M. Frazier pursuant to Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c) for disposition *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**
**DATED: October 21, 2013**

                                                s/J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**