UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENNIS THOMPSON,

    Plaintiff,

          v.

DR. SAM NWAOBASI, *et al.*,

    Defendants.

Case No. 12-cv-770-JPG-PMF

## MEMORANDUM AND ORDER

    This matter comes before the Court on the Report and Recommendation ("Report") of Magistrate Judge Philip M. Frazier (Doc. 106) recommending that the Court deny plaintiff Dennis Thompson's motion for default judgment against defendant Sam Nwaobasi (Doc. 83). No party has objected to the Report.

    The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    The Court has reviewed the entire file for clear error and finds none. Accordingly, the Court **ADOPTS** the Report (Doc. 106) in its entirety and **DENIES** Thompson's motion for default judgment (Doc. 83).

**IT IS SO ORDERED.**
**DATED: April 30, 2014**

                                    s/J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**