UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENNIS THOMPSON,

    Plaintiff,

        v.                                 Case No. 12-cv-770-JPG-PMF

DR. SAM NWAOBASI, *et al.*,

    Defendants.

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") of Magistrate Judge Philip M. Frazier (Doc. 156) recommending that the Court deny plaintiff Dennis Thompson's motion for a preliminary injunction (Doc. 152). Magistrate Judge Frazier found that preliminary injunctive relief is not appropriate at this late stage of the case, that Thompson has failed to show a likelihood of success on the merits, that success on the merits of Thompson's retrospective claims against the defendant would not justify prospective injunctive relief, and that the relief he requests is not the least restrictive means to prevent future harm. Thompson has objected to the Report on the grounds that Magistrate Judge Frazier did not issue a written opinion (Doc. 157).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court is satisfied that the written Report is sufficiently detailed to allow Thompson to

object to it.   Furthermore, after reviewing the matter *de novo*, the Court finds that the Report is correct for the reasons stated therein.   Accordingly, the Court **ADOPTS** the Report (Doc. 156) in its entirety and **DENIES** Thompson's motion for a preliminary injunction (Doc. 152).

**IT IS SO ORDERED.**
**DATED: November 18, 2014**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
